1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEXANDER F. HARPER, | Case No. 1:14-cv-01603 --- JLT |
|---|---|
| Plaintiff, | ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE |
| v. | Old Case Number:  1:13-cv-01603 --- JLT |
| COUNTY OF KERN, et al., | **New Case Number: 1:13-cv-01603 --- MJS** |
| Defendants. | |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be 1:13-cv-01603 --- MJS. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

The scheduling conference set on January 27, 2015 is reset before Magistrate Judge Michael J. Seng in Courtroom 6, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated:   **October 16, 2014**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28