BRIAN T. DUNN, ESQ. (SBN 176502)
JENNIFER A. BANDLOW, ESQ. (SBN 265757)
Email: jbandlow@cochranfirm.com
THE COCHRAN FIRM - CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff,
ALEXANDER F. HARPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. HARPER, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>COUN TY OF KERN, a municipal entity, CYNTHIA NORRIS, an individual, MELISSA ALLEN, an individual, MARK PAFFORD, an individual, and DOES 1 through 10, inclusive,<br>　　　　　　　　　　Defendants. | CASE NO. 1:14-CV-01603-TLN-MJS<br><br>[Assigned to the Hon. Troy L. Nunley, United States District Judge]<br><br>**ORDER RE STIPULATION OF PARTIES TO CONTINUE THE DISCOVERY CUT-OFF DATES**<br><br>Complaint Filed: October 9, 2014<br>Trial Date: June 27, 2016 |

　　　The Court, having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

\ \ \

1

1. The date for the fact discovery cut-off shall be continued from October 29, 2015 to December 15, 2015;

2. The date for the initial designation and disclosure of expert witness reports pursuant to F.R.C.P. 26 shall be continued from December 31, 2015 to January 29, 2016; and

3. The date for the supplemental designation and disclosure of expert witness reports pursuant to F.R.C.P. 26 shall be continued from January 20, 2016 to February 18, 2016; and

4. The expert discovery cut-off date shall be March 4, 2016; and

5. All dispositive motions, as identified in the Amended Scheduling Order shall be heard no later than April 21, 2016; and,

6. Other changed/adjusted dates are, as follows:
   Joint Pretrial Statement shall be June 23, 2016
   Final Pretrial Conference shall be June 30, 2016 at 2:00 p.m.
   Jury Trial shall be September 19, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 16, 2015

Troy L. Nunley
United States District Judge