**THERESA A. GOLDNER, COUNTY COUNSEL**
**By: ANDREW C. THOMSON, Deputy (SBN 149057)**
**JAMES L. BRANNEN, Deputy (SBN 279367 )**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern,**
**Cynthia Norris, Melissa Allen and Mark Pafford**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER F. HARPER, an individual** | **CASE NO. 1:14-CV-01603- TLN-MJS** |
| **Plaintiff,** | **STIPULATION TO ALLOW DEPOSITION OF DEFENSE EXPERT TODD BOYER BEYOND EXPERT DISCOVERY DEADLINE DUE TO SCHEDULING ISSUES; ORDER** |
| **vs.** | |
| **COUN TY OF KERN,  a municipal entity, CYNTHIA NORRIS,  an individual, MELISSA ALLEN,  an individual, MARK PAFFORD, an individual,  and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

Plaintiff ALEXANDER F. HARPER (hereinafter "Plaintiff") is represented by Attorneys Brian T. Dunn and Jennifer A. Bandlow, The Cochran Firm – California, 4929 Wilshire Blvd, Ste 1010, Los Angeles, California 90010.

Defendants COUNTY OF KERN, CYNTHIA NORRIS, MELISSA ALLEN, and MARK PAFFORD (hereinafter collectively "Defendants") are represented by the Office of Kern County Counsel, Deputy Andrew C. Thomson and Deputy James Brannen, 1115 Truxtun Ave., Bakersfield, California 93301.

Stipulation To Allow Deposition Of Expert Boyer Beyond Expert Discovery Deadline

Plaintiff and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through their respective counsel of record, that an Order be entered allowing Plaintiff to take the deposition of Defendants' expert witness Todd Boyer (hereinafter "Boyer") on March 10, 2016, a date which is later than the expert witness discovery deadline set forth in the Scheduling Order and subsequent related Orders.

1. The Parties have repeatedly met and conferred regarding expert witness discovery issues in an effort to informally resolve expert discovery issues, including deposition scheduling.

2. The Parties have been able to schedule the deposition of all other expert witnesses within the deadline established by the Court.

3. Plaintiff properly noticed the deposition of defense expert witness Boyer, who was retained by Defendants to act as an expert on USERRA (Uniformed Services Employment and Reemployment Rights Act) and employment law issues.

4. The Parties have worked together to facilitate the deposition of other experts and have cooperated in the scheduling of expert Boyer's deposition but due to attorney and expert scheduling difficulties, the deposition of Boyer cannot reasonably be scheduled for a date earlier that March 10, 2016.

5. Boyer has communicated to counsel for defendants that, given the scheduling parameters of all counsel, his schedule will not allow his deposition prior to scheduled expert witness discovery deadline of March 4, 2016.

6. Boyer has communicated to counsel for defendants that he is in the armed services reserves and will be on military duty from March 3rd through March 7th. In coordinating with the schedules of counsel, March 10, 2016 is the earliest day that the attorneys and Boyer are all available for his expert deposition.

7. Nothing in this stipulation constitutes a waiver of any of Plaintiff's rights to challenge defendants' designation of Boyer as an expert or to move to exclude any and all testimony by Boyer.

8. The Parties agree that this stipulation may be signed in counterpart.

Stipulation To Allow Deposition Of Expert Boyer Beyond Expert Discovery Deadline

9.      The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED**:

The deposition of defense expert Todd Boyer may be noticed for, and taken on, March 10, 2016, a date which is later than the scheduled conclusion of expert witness discovery.


Dated: February 23, 2016                    **THE COCHRAN FIRM - CALIFORNIA**


By /s/ Jennifer A. Bandlow
    Jennifer A. Bandlow, Esq.
    Attorneys for Plaintiff Alexander F. Harper


Dated: February 23, 2016                    **THERESA A. GOLDNER, COUNTY COUNSEL**


By /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendants County of Kern


## ORDER


Good cause appearing, the **STIPULATION TO ALLOW DEPOSITION OF DEFENSE EXPERT TODD BOYER BEYOND EXPERT DISCOVERY DEADLINE in CASE NO. 1:14-CV-01603- TLN-MJS is hereby approved and adopted as the Order of this Court.**


IT IS SO ORDERED.


Dated:    February 23, 2016                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation To Allow Deposition Of Expert Boyer Beyond Expert Discovery Deadline

4