1 | **THERESA A. GOLDNER, COUNTY COUNSEL**
2 | **By: ANDREW C. THOMSON, Deputy (SBN 149057)**
  | **    JAMES L. BRANNEN, Deputy (SBN 279367 )**
3 | **Kern County Administrative Center**
  | **1115 Truxtun Avenue, Fourth Floor**
4 | **Bakersfield, CA 93301**
  | **Telephone 661-868-3800**
5 | **Fax 661-868-3805**

**Attorneys for Defendants County of Kern,**
**Cynthia Norris, Melissa Allen and Mark Pafford**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. HARPER, an individual | CASE NO. 1:14-CV-01603- TLN-MJS |
| Plaintiff, | STIPULATION TO ALLOW DEPOSITION OF DEFENSE EXPERT RICKY SARKISIAN, Ph.D BEYOND EXPERT DISCOVERY DEADLINE DUE TO UNCONTROLLABLE CIRCUMSTANCES AND SCHEDULING ISSUES; ORDER |
| vs. | |
| COUN TY OF KERN,  a municipal entity, CYNTHIA NORRIS,  an individual, MELISSA ALLEN,  an individual, MARK PAFFORD, an individual,  and DOES 1 through 10, inclusive, | |
| Defendants. | |

    Plaintiff ALEXANDER F. HARPER (hereinafter "Plaintiff") is represented by Attorneys Brian T. Dunn and Jennifer A. Bandlow, The Cochran Firm – California, 4929 Wilshire Blvd, Ste 1010, Los Angeles, California 90010.

    Defendants COUNTY OF KERN, CYNTHIA NORRIS, MELISSA ALLEN, and MARK PAFFORD (hereinafter collectively "Defendants") are represented by the Office of Kern County Counsel, Deputy Andrew C. Thomson and Deputy James Brannen, 1115 Truxtun Ave., Bakersfield, California 93301.

1     Plaintiff and Defendants are hereinafter collectively referred to as the "Parties."

2     **IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through their respective counsel of record, that an Order be entered allowing Plaintiff to take the deposition of Defendants' expert witness Ricky Sarkisian, Ph.D. (hereinafter "Sarkisian") on March 23, 2016, at 10 a.m., a date which is later than the expert witness discovery deadline set forth in the Scheduling Order and subsequent related Orders.

1. The Parties have repeatedly met and conferred regarding expert witness discovery issues in an effort to informally resolve expert discovery issues, including deposition scheduling.

2. The Parties have been able to schedule the deposition of all other expert witnesses within the deadline established by the Court, with the exception of scheduling issues associated with the deposition of Todd Boyer which has previously been addressed with the Court.

3. Plaintiff properly noticed the deposition of defense expert witness Dr. Sarkisian, who was retained by Defendants to act as a vocational rehabilitation expert.

4. The Parties have worked together to facilitate the deposition of all experts and have cooperated in the scheduling of expert Dr. Sarkisian's deposition for March 2, 2016.

5. Due to a vehicle break down while traveling to Dr. Sarkisiann's deposition, Deputy County Counsel Andrew Thomson was unable to attend the scheduled deposition, and the parties, in the spirit of discovery and cooperation, agreed to the cancelation and rescheduling of the deposition.

6. As a result of the schedules of Dr. Sarkisian and counsel, the deposition of Sarkisian cannot reasonably be rescheduled for a date earlier then March 23, 2016.

7. Dr. Sarkisian has communicated to counsel for defendants that, given the rescheduling parameters of all counsel, his schedule will not allow his deposition prior to the scheduled expert witness discovery deadline of March 4, 2016.

8. In coordinating with the schedules of counsel, March 23, 2016 is the earliest day that the attorneys and Sarkisian are all available for his expert deposition.

\\\
\\\

Stipulation To Allow Deposition Of Expert Dr. Sarkisian Beyond Expert Discovery Deadline

9. Nothing in this stipulation constitutes a waiver of any of Plaintiff's rights to challenge defendants' designation of Dr. Sarkisian as an expert or to move to exclude any and all testimony by Dr. Sarkisian.

10. The Parties agree that this stipulation may be signed in counterpart.

11. The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED**:

The deposition of defense expert Ricky Sarkisian, Ph.D. may be noticed for, and taken on, March 23, 2016 at 10 a.m., a date which is later than the scheduled conclusion of expert witness discovery.

Dated: March 2, 2016                         **THE COCHRAN FIRM - CALIFORNIA**

                                             By /s/ Jennifer A. Bandlow
                                                Jennifer A. Bandlow, Esq.
                                                Attorneys for Plaintiff Alexander F. Harper

Dated: March 2, 2016                         **THERESA A. GOLDNER, COUNTY COUNSEL**

                                             By /s/ Andrew C. Thomson
                                                Andrew C. Thomson, Deputy
                                                Attorneys for Defendants County of Kern

**ORDER**

Good cause appearing, the STIPULATION TO ALLOW DEPOSITION OF DEFENSE EXPERT RICKY SARKISIAN, Ph.D. BEYOND EXPERT DISCOVERY DEADLINE in CASE NO. 1:14-CV-01603-TLN-MJS is hereby approved and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   March 2, 2016                       /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation To Allow Deposition Of Expert Dr.
Sarkisian Beyond Expert Discovery Deadline

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation To Allow Deposition Of Expert Dr. Sarkisian Beyond Expert Discovery Deadline