1  BRIAN T. DUNN, ESQ. (SBN 176502)
2  JENNIFER A. BANDLOW, ESQ. (SBN 265757)
   Email: jbandlow@cochranfirm.com
3  **THE COCHRAN FIRM - CALIFORNIA**
4  4929 Wilshire Boulevard, Suite 1010
   Los Angeles, California 90010
5  Telephone: (323) 435-8205
6  Facsimile: (323) 282-5280

7  Attorneys for Plaintiff,
8  ALEXANDER F. HARPER

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12 | ALEXANDER F. HARPER, an        ) CASE NO. 1:14-CV-01603-TLN-MJS
13 | individual                     )
   |                                ) **JOINT STIPULATION FOR AN**
14 |                      Plaintiff,) **ORDER SETTING SETTLEMENT**
15 |      vs.                       ) **CONFERENCE**
   |                                )
16 | COUN TY OF KERN, a municipal   ) **[Proposed] Order Filed Concurrently**
17 | entity, CYNTHIA NORRIS, an     ) **Herewith**
   | individual, MELISSA ALLEN, an  )
18 | individual, MARK PAFFORD, an   ) Complaint Filed: October 9, 2014
19 | individual, and DOES 1 through 10, ) Trial Date:  Vacated
   | inclusive,                     )
20 |             Defendants.        )
21 |                                )
   |                                )
22 |                                )

23

24
        The Court, having considered the Stipulation of the parties, and GOOD
25
   CAUSE APPEARING, IT IS HEREBY ORDERED as follows:
26
   ///
27
   ///
28

                                    1

The parties are ordered to a Settlement Conference before the Honorable Sheila K. Oberto, Magistrate Judge for the Eastern District of California, to commence on Monday, July 25, 2016, at 10:00 a.m., at Robert E. Coyle, United States Courthouse, 2500 Tulare Street, Courtroom 7, Fresno, California  93721.

IT IS SO ORDERED.

Dated:   **June 17, 2016**                             /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE