BRIAN T. DUNN, ESQ. (SBN 176502)
JENNIFER A. BANDLOW, ESQ. (SBN 265757)
Email: jbandlow@cochranfirm.com
**THE COCHRAN FIRM - CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff,
ALEXANDER F. HARPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. HARPER, an individual | CASE NO. 1:14-CV-01603-TLN-MJS |
| Plaintiff, | **JOINT STIPULATION FOR AN ORDER VACATING THE SEPTEMBER 9, 2016 FOLLOW-UP SETTLEMENT CONFERENCE; ORDER THEREON** |
| vs. | |
| COUNTY OF KERN, a municipal entity, CYNTHIA NORRIS, an individual, MELISSA ALLEN, an individual, MARK PAFFORD, an individual, and DOES 1 through 10, inclusive, | Complaint Filed: October 9, 2014<br>Trial Date: Vacated |
| Defendants. | |

**TO THIS HONORABLE COURT**:

**ALL PARTIES TO THE ABOVE ENTITLED ACTION HEREBY STIPULATE AND AGREE AS FOLLOWS:**

///

///

JOINT STIPULATION FOR AN ORDER VACATING THE SEPTEMBER 9, 2016
FOLLOW-UP SETTLEMENT CONFERENCE; ORDER THERON

WHEREAS the parties' agreed to mediate this matter in a Settlement Conference before the Honorable Sheila K. Oberto, United States Magistrate Judge for the Eastern District of California;

WHEREAS, the Honorable Sheila K. Oberto presided over the parties' Settlement Conference on July 25, 2016 at 10:00 a.m. held at Robert E. Coyle, United States Courthouse, 2500 Tulare Street, Courtroom 7, Fresno, California 93721.

WHEREAS, the Honorable Sheila K. Oberto set a Follow-Up Settlement Conference for September 9, 2016 at 10:00 a.m. to be held at Robert E. Coyle, United States Courthouse, 2500 Tulare Street, Courtroom 7, Fresno, California 93721.

WHEREAS, the parties have reached a settlement agreement in this matter, and are in the process of finalizing documents to effectuate such settlement agreement;

THEREFORE:  The parties hereby stipulate, and request an Order Vacating the Follow-Up Settlement Conference set by the Honorable Sheila K. Oberto for September 9, 2016 at 10:00 a.m., at the Robert E. Coyle, United States Courthouse,

///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION FOR AN ORDER VACATING THE SEPTEMBER 9, 2016 FOLLOW-UP SETTLEMENT CONFERENCE; ORDER THERON

2500 Tulare Street, Courtroom 7, Fresno, California  93721.


        IT IS SO STIPULATED.


DATED: August 31, 2016              Respectfully submitted,

                              **THE COCHRAN FIRM - CALIFORNIA**



                              By: /s/ Jennifer A. Bandlow

                              JENNIFER A. BANDLOW
                              Attorneys for Plaintiff, ALEX HARPER

DATED: August 31, 2016              Respectfully submitted,

                              **COUNTY COUNSEL, COUNTY OF KERN**



                              By: /s/ Andrew C. Thomson

                              ANDREW C. THOMSON
                              Attorneys for Defendants, COUNTY OF
                              KERN, CYNTHIA NORRIS, MELISSA
                              ALLEN, MARK PAFFORD

                              **ORDER**


        Pursuant to the above stipulation, and in view of the parties' representation that they have reached a settlement agreement in this matter, the follow up settlement conference set for September 9, 2016, is hereby **VACATED.**  The parties shall file their dispositional documents **within 60 days of entry of this Order.**

IT IS SO ORDERED.

Dated:  __September 1, 2016__          _/s/ Sheila K. Oberto_
                              UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION FOR AN ORDER VACATING THE SEPTEMBER 9, 2016
FOLLOW-UP SETTLEMENT CONFERENCE; ORDER THERON