**THERESA A. GOLDNER, COUNTY COUNSEL**
**STATE OF CALIFORNIA, COUNTY OF KERN**
**Andrew C. Thomson, Deputy (SBN 149057)**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone: 661-868-3800**
**Facsimile:  661-868-3805**

**Attorneys for Defendant County of Kern,**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. HARPER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUN TY OF KERN,  a municipal entity, CYNTHIA NORRIS,  an individual, MELISSA ALLEN,  an individual, MARK PAFFORD, an individual,  and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:14-CV-01603-TLN-MJS<br><br>*CORRECTED* STIPULATION FOR DISMISSAL OF DEFENDANTS NORRIS, ALLEN AND PAFFORD; ORDER<br><br><br><br>TRIAL DATE:  Previously Vacated |

**COME NOW** the Parties to this matter, Plaintiff ALEXANDER F. HARPER (hereinafter "Plaintiff" and/or "Harper") through his counsel of record Jennifer A. Bandlow, of The Cochran Firm – California, and Defendants CYNTHIA NORRIS (hereinafter "Norris"), MARK PAFFORD (hereinafter "Pafford"), and MELISSA ALLEN (hereinafter "Allen"), (hereinafter Norris, Pafford and Allen are collectively identified as "Defendants") through their counsel of record Andrew C. Thomson of the Office of Kern County Counsel, (hereinafter Defendants and Plaintiff are collectively referred to herein as the "Parties") and provide as follows:

**IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against Defendants, more specifically the

1

dismissal of the entire applicable complaint of Plaintiff Harper as against Defendants Pafford, Allen and Norris.

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of their own costs and attorney's fees with respect to this litigation.

Dated: September 12, 2016           **THE COCHRAN FIRM – CALIFORNIA**

By /s/ Jennifer A. Bandlow
　　Jennifer A. Bandlow, Esq.
　　Attorneys for Plaintiff Harper

Dated: September 12, 2016           **OFFICE OF KERN COUNTY COUNSEL**

By /s/Andrew C. Thomson
　　Andrew C. Thomson, Deputy
　　Attorneys for Defendants Allen, Norris, Pafford

## ORDER

**IT IS SO ORDERED**.

Dated: September 15, 2016

　　Troy L. Nunley
　　United States District Judge