1 | THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA, COUNTY OF KERN
2 | Andrew C. Thomson, Deputy (SBN 149057)
1115 Truxtun Avenue, Fourth Floor
3 | Bakersfield, CA 93301
Telephone: 661-868-3800
4 | Facsimile:  661-868-3805

5 | Attorneys for Defendant County of Kern,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. HARPER, an individual ) | CASE NO. 1:14-CV-01603-TLN-MJS |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL OF |
| ) | DEFENDANT COUNTY OF KERN; |
| vs. ) | ORDER |
| ) | |
| COUN TY OF KERN,  a municipal entity, ) | |
| CYNTHIA NORRIS,  an individual, ) | |
| MELISSA ALLEN,  an individual, MARK ) | |
| PAFFORD, an individual,  and DOES 1 ) | |
| through 10, inclusive, ) | |
| Defendants. ) | TRIAL DATE:  Previously Vacated |
| ) | |

**COME NOW** the Parties to this matter, Plaintiff ALEXANDER F. HARPER (hereinafter "Plaintiff" and/or "Harper") through his counsel of record Jennifer A. Bandlow, of The Cochran Firm – California, and Defendant COUNTY OF KERN (hereinafter "Defendant" and/or "County") through their counsel of record Andrew C. Thomson of the Office of Kern County Counsel, (hereinafter Defendant and Plaintiff are collectively referred to herein as the "Parties") and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as  to any complaint, allegation and/or cause of action against Defendants, more specifically the dismissal of the entire applicable complaint of Plaintiff Harper as against Defendant County of Kern.

1

**STIPULATION FOR DISMISSAL OF DEFENDANT COUNTY OF KERN**

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: September 12, 2016          **THE COCHRAN FIRM - CALIFORNIA**

By   /s/ Jennifer A. Bandlow
    Jennifer A. Bandlow, Esq.
    Attorneys for Plaintiff Harper

Dated: September 12, 2016          **OFFICE OF KERN COUNTY COUNSEL**

By   /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendant County of Kern

## **ORDER**

**IT IS SO ORDERED**.

Dated: September 19, 2016

_____
Troy L. Nunley
United States District Judge